**ROADWAY EXPRESS, INC., Petitioner, Cross-Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent, Cross-Petitioner.**

No. 81–7831.

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 1984.

* Honorable Edward Dumbauld, U.S. District Judge for the Western District of Pennsylvania, sitting by designation.

Joseph A. Oertel, N.L.R.B., Washington, D.C., for respondent, cross-petitioner.

Petition for Review and Cross-Application for Enforcement of an Order of the National Labor Relations Board.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before HENDERSON and HATCHETT, Circuit Judges, and TUTTLE, Senior Circuit Judge.

HATCHETT, Circuit Judge:

On April 2, 1984, the Supreme Court of the United States, —— U.S. ——, 104 S.Ct. 1699, 80 L.Ed.2d 173, vacated the judgment of this court (700 F.2d 687) in this cause, and remanded the cause for further consideration in light of *National Labor Relations Board v. City Disposal Systems, Inc.*, 465 U.S. ——, 104 S.Ct. 1505, 79 L.Ed.2d 839 (1984).

On reconsideration, in light of the Supreme Court's acceptance of the NLRB's "Interboro doctrine" (*Interboro Contractors, Inc.*, 157 N.L.R.B. 1295, 1298 (1966), *enforced* 388 F.2d 495 (2d Cir.1967)), we apply that doctrine and enforce that portion of the Board's order directing Roadway Express to expunge the warning letters issued to Wilson and Howard.

ENFORCED.